IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEAN E. VINCENT (Waites),

        Plaintiff,

    v.

NORTH WEST SENIOR
AND DISABILITY SERVICES, et al,

        Defendants.

No. CV 06-1534-MO

OPINION AND ORDER

**MOSMAN, J.,**

    This matter comes before me on defendants' Motion for Summary Judgment (#14). Defendants' motion is GRANTED. I have reviewed the record in a light most favorable to plaintiff and find he has failed to set forth any facts showing that there is a genuine issue for trial. Accordingly, defendants are entitled to judgment as a matter of law. This case is therefore DISMISSED with PREJUDICE.

    IT IS SO ORDERED.

    DATED this   31st   day of May, 2007.

                      /s/ Michael W Mosman
                      MICHAEL W. MOSMAN
                      United States District Court